**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Christopher T. Cook (N.J. Bar No. 015382012)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Phone: (212) 849-7000
Facsimile: (212) 849-7100
christophercook@quinnemanuel.com

*Attorney for Plaintiff Jionni Conforti*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIONNI CONFORTI,<br><br>     *Plaintiff*,<br><br>v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC.; ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER D/B/A ST. JOSEPH'S REGIONAL MEDICAL CENTER; and FATHER MARTIN D. ROONEY,<br><br>     *Defendants*. | Case No. 2:17-cv-00050-JLL-JAD<br><br>**CERTIFICATION OF TODD ANTEN, ESQ., IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Todd Anten, hereby certify and state:

1.      I am an attorney-at-law in the state of New York and am a partner of the firm Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Plaintiff Jionni Conforti ("Plaintiff") in the above-captioned matter. I make this certification in support of my application for the admission as counsel *pro hac vice* in this matter.

2.      I was admitted to the State Bar of New York in 2007 and I am a member in good standing of that Bar. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

2

3.  The name and address of the official or office maintaining the roll of the State Bar of New York is:

> New York State Unified Court System
> Office of Court Administration
> 25 Beaver Street - Rm. 852
> New York, NY 10004

4.  If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

5.  If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 5, 2017

_____
Todd Anten