Christopher S. Mayer – Bar ID 037481999
Thomas F. Doherty – Bar ID 025611992
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendants St. Joseph's Health, Inc.,
St. Joseph's University Medical Center, Inc.,
and Father Martin D. Rooney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIONNI CONFORTI,<br><br>              Plaintiff,<br><br>     v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC.; ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER D/B/A ST. JOSEPH'S REGIONAL MEDICAL CENTER; and FATHER MARTIN D. ROONEY,<br><br>              Defendants. | Honorable Claire C. Cecchi, U.S.D.J.<br>Honorable Cathy L. Waldor, U.S.M.J.<br><br>Case No. 2:17-cv-00050 (CCC/CLW)<br><br>**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER DENYING DEFENDANTS' MOTION TO COMPEL MENTAL EXAMINATION OF PLAINTIFF** |

TO:   Tom Barnes, Esq.
      Jaclyn Palmerson, Esq.
      Quinn Emanuel Urquhart & Sullivan, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY  10010-1601

      Omar Gonzalez-Pagan, Esq.
      Lambda Legal Defense and Education Fund, Inc.
      120 Wall Street, 19th Floor
      New York, New York  10005

**PLEASE TAKE NOTICE** that on March 2, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants St. Joseph's Health, Inc., St. Joseph's University Medical

Center, Inc., and Father Martin D. Rooney (collectively, "Defendants"), shall move this Court pursuant to Fed. R. Civ. P. 60(b) and L. Civ. R. 7.1(i), for entry of an order reconsidering the Court's January 22, 2020, Order and Opinion denying Defendants' motion to compel the mental examination of Plaintiff Jionni Conforti pursuant to Fed. R. Civ. P. 35(a) and 37.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendants will rely on the Declaration of Christopher S. Mayer, Esq., Declaration of Donald Raymond Reeves, Jr., M.D., and Brief submitted in Support of the Motion for Reconsideration.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Notice of Motion.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**
Attorneys for Defendants St. Joseph's Health, Inc., St. Joseph's University Medical Center, Inc., and Father Martin D. Rooney

By: s/Christopher S. Mayer
    Christopher S. Mayer
    Thomas F. Doherty

Dated: February 5, 2020