UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIONNI CONFORTI,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC.; ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER D/B/A ST. JOSEPH'S REGIONAL MEDICAL CENTER; and FATHER MARTIN D. ROONEY,<br><br>　　　　　*Defendants*. | Case No. 2:17-cv-00050-CCC-CLW<br><br>**ORDER** |

This matter having been brought before the Court by Jaclyn Palmerson, Esq. of Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Plaintiff Jionni Conforti, on application for an order granting an extension of time for Plaintiff to file his opposition papers to Defendants' motion for reconsideration (Dkt. 119), and the Court having considered the moving papers, this matter being considered, and, for good cause shown,

**IT IS** on this 19 day of February 2020, hereby

**ORDERED** that Plaintiff's application for an extension of time for Plaintiff to file his opposition papers to Defendants' motion for reconsideration (Dkt. 119) is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff shall file his opposition papers to Defendants' motion for reconsideration (Dkt. 119) on or before March 2, 2020.

At Newark, New Jersey

　　　　　　　　　　　　　　　　　　　　　　*s/ Cathy L. Waldor*
　　　　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　　　　The Honorable Cathy L. Waldor
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge