**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIONNI CONFORTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No.: 17-00050<br><br>**ORDER** |

This matter having come before the Court; and the Court having held a telephonic conference with the parties on December 11, 2020; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS** on this 11th day of December, 2020

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: **Sheryl M. Goski, Esq., 30 Columbia Turnpike, Florham Park, NJ 07932**.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. The pending appeal of Magistrate Judge Waldor's decison (ECF No. 129) is hereby administratively terminated. To the extent this matter is not resolved through mediation, the appeal (ECF No. 129) shall be deemed reinstated.

5. The deadline for completion of expert discovery is extended for ninety (90) days.

                                                 **HON. CLAIRE C. CECCHI**
                                                 United States District Judge