**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7104**

WRITER'S EMAIL ADDRESS
**jaclynpalmerson@quinnemanuel.com**

February 2, 2021

**BY ECF**

Hon. Cathy L. Waldor
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07101

Re:   *Conforti v. St. Joseph's Healthcare Sys., Inc.*, No. 2:17-cv-00050-CCC-CLW

Dear Judge Waldor:

We represent Plaintiff Jionni Conforti, and write on behalf of all parties to provide an update on the result of mediation per the Court's text order, dated January 27, 2021 [Dkt. 145]. The parties attended a productive five-hour mediation session on January 29, 2021, and are working to schedule a second mediation session in February 2021 to continue discussing a potential global resolution. The parties will inform the Court if they are able to reach an agreement.

Respectfully submitted,

*/s/ Jaclyn M. Palmerson*
Jaclyn M. Palmerson

cc:   Christopher M. Mayer, Esq. (counsel to Defendants)
      Thomas A. Doherty, Esq. (counsel to Defendants)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART