# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIONNI CONFORTI,<br><br>*Plaintiff*,<br><br>v.<br><br>ST. JOSEPH'S HEALTHCARE SYSTEM, INC.; ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER D/B/A ST. JOSEPH'S REGIONAL MEDICAL CENTER; and FATHER MARTIN D. ROONEY,<br><br>*Defendants*. | Honorable Claire C. Cecchi, U.S.D.J.<br>Honorable Cathy L. Waldor, U.S.M.J.<br><br>Case No. 2:17-cv-00050 (CCC/CLW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Jionni Conforti and counsel for Defendants St. Joseph's Health, Inc., St. Joseph's University Medical Center, Inc., and Martin D. Rooney that, in consideration of a negotiated settlement executed by the parties, any and all claims asserted in this civil action shall be and hereby are dismissed with prejudice and without fees or costs against any party.

/s Omar Gonzalez-Pagan
Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Attorneys for Plaintiff

Dated: August 27_____, 2021

/s Jaclyn M. Palmerson_____
Jaclyn M. Palmerson
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Attorneys for Plaintiff

Dated: August 27_____, 2021

/s Christopher S. Mayer
Christopher S. Mayer
McCARTER & ENGLISH, LLP
Attorneys for Defendants

Dated: August 27_____, 2021

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 9/27/2021